UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE GUERRERO,<br><br>    Plaintiff,<br><br>    v.<br><br>P. VAUGHT, Psychiatric Technician,<br><br>    Defendant.<br>_____/ | No. C-13-3617 EMC (pr)<br><br>**ORDER REFERRING ACTION TO MEDIATION PROGRAM** |

In the order of service, the Court noted, "[i]n light of the confined nature of the dispute, the likely low value of the claim, and prison officials' own finding that Ms. Vaught had not complied with CDCR policies, this action appears a good candidate for a very early referral to the Court's *Pro Se* Prisoner Mediation Program. Ms. Vaught must first be served with process, however." Docket # 7 at 3. Ms. Vaught has now been served and filed an answer to the complaint.

Good cause appearing therefor, this case is now referred to Magistrate Judge Vadas for mediation proceedings pursuant to the *Pro Se* Prisoner Mediation Program. The proceedings will take place **within one-hundred and fifty days** of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, **within seven days** after the conclusion of the mediation proceedings, file with the court a report for the proceedings. The Clerk will send to Magistrate Judge Vadas a copy of this order.

IT IS SO ORDERED.

Dated: February 5, 2014

                                                                            _____<br>
                                                                            EDWARD M. CHEN<br>
                                                                            United States District Judge