UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ENRIQUE GUERRERO, | No. 3:13-CV- 03617 EMC (NJV) |
| Plaintiff, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| PSYCHIATRIST TECH. P. VAUGHT, | |
| Defendant. | |

District Judge Edward M. Chen has referred this case to the undersigned for a mandatory settlement conference. Accordingly, this case is HEREBY SET for a telephonic scheduling conference on May 13, 2014, at 1:00 pm. The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782. The purpose of the scheduling conference will be to set a date for the settlement conference.

IT IS SO ORDERED.

Dated: May 5, 2014

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ENRIQUE GUERRERO,

    Plaintiff,

v.

PSYCHIATRIC TECH. P. VAUGHT,

    Defendant.
_____/

No.  3:13-CV-03617 EMC (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 5, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Enrique Guerrero
4904 Acacia Avenue
San Bernardino, CA 92407

Enrique Guerrero
P.O. Box 1203
Anaheim, CA 92815

Dated: May 5, 2014

                          /s/ Linn Van Meter
                          Linn Van Meter
                          Administrative Law Clerk to the
                          Honorable Nandor J. Vadas