1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    ENRIQUE GUERRERO,                          No. C-13-3617 EMC (pr)

9              Plaintiff,

10        v.                                    **ORDER OF DISMISSAL**

11   P. VAUGHT, Psychiatric Technician,

12             Defendant.
     _____/
13

14        The parties have settled and stipulated to a dismissal of the action with prejudice.  Accordingly,

15   this action is now DISMISSED with prejudice.

16

17        IT IS SO ORDERED.

18

19   Dated: November 12, 2014

20
                                               _____
21                                             EDWARD M. CHEN
                                               United States District Judge
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California